CHARLES A. HAMMOND, *Appellant, v.* CHARLES LEONARD, *as Overseer, etc., Respondent.* — Judgment affirmed.

ANN J. WARFORD, *Appellant, v.* LELAND S. THOMPSON, *Respondent.* — Order denying new trial affirmed. (See Rule 84, and 8 N. Y., 76, 77.)

DAVID CRONIN, *as Overseer, etc., Respondent, v.* WILLARD F. STODDARD, *Appellant.* — Judgment affirmed. *Held,* that the three rules were sufficiently proved, without the testimony of Luce. The commitment was immaterial and was properly excluded; the other questions in the case are controlled by *Cronin* v. *Gandy* (16 Hun, 520).

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY, *Respondent,* TO ACQUIRE A CROSSING OF THE AVON, GENESEO AND MT. MORRIS RAILROAD COMPANY AND THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY OVER THEIR RAILROAD IN THE TOWN OF MT. MORRIS, *Appellants.* — Order appealed from reversed, with ten dollars costs and disbursements, and motion to dismiss granted. *Held,* that a railroad company cannot maintain proceedings under section 28 of the general railroad act to acquire a crossing of the railroad of another company, until it has located its route.

FRANCIS H. PIXLEY, *Respondent, v.* JACOB HOYT, *Appellant.* — Judgment affirmed.

HELEN L. ALLIS, *Appellant, v.* MILTON STAFFORD, *Respondent, Impleaded, etc.* — Judgment reversed and new trial ordered in Ontario County Court, costs to abide event. Opinion by HARDIN, J.